PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED

APR 0 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:17-MJ-055 SKO |
|---|---|
| PLAINTIFF, | [~~PROPOSED~~] ORDER TO COMPLAINT |
| V. | |
| RYAN TALKINGTON, | |
| DEFENDANT. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint in the above-captioned matter be, and is, hereby ordered unsealed.

Dated: 4-6-17

_____
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS