| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | REED B. GRANTHAM, Bar #294171 |
| 3 | Assistant Federal Defenders |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Counsel for Defendant |
| 6 | RYAN TALKINGTON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-mj-0055 SKO |
| | ) | |
| *Plaintiff,* | ) | EX PARTE MOTION TO WITHDRAW AS |
| | ) | COUNSEL OF RECORD AND FOR |
| vs. | ) | APPOINTMENT OF NEW COUNSEL |
| | ) | (DECLARATION OF CONFLICT; ~~PROPOSED~~ |
| RYAN TALKINGTON, | ) | ORDER |
| | ) | |
| *Defendant.* | ) | JUDGE: Hon. Barbara A. McAuliffe |
| | ) | |

Assistant Federal Defenders, Charles J. Lee and Reed B. Grantham, counsel for defendant in the above-captioned case, hereby move for an order allowing them to withdraw as counsel of record and for appointment of new counsel to represent Defendant Ryan Talkington. This motion is based on the following facts:

1. On April 6, 2017, the Court appointed the Office of the Federal Defender to represented Defendant Ryan Talkington.

2. On April 13, 2017, Mr. Talkington came to the Federal Defender's Office to discuss his case with defense counsel.

3. After that meeting, defense counsel called the prosecutor on the case, Assistant United States Attorney Kimberly A. Sanchez. She confirmed defense counsel's suspicion that Federal Defender's Office would have a conflict in the continued representation of

Defendant Talkington.

4. After the conversation with the prosecution, the Panel Administrator in this office was contacted and is prepared to panel Mr. Talkington's case based upon this declaration of conflict, awaiting an order by this Court relieving the Federal Defender's Office.

5. On April 14, 2017, Assistant Federal Defender Reed Grantham spoke to Defendant Talkington, explained that our office had a conflict, and that we anticipated the court would relieve us and appoint alternate legal counsel for the next court hearing.

6. For the above reason, present counsel requests that this Court relieve this office of its duties as counsel of record and that the Court appoint CJA counsel to represent Defendant Ryan Talkington in this matter. The case is presently scheduled for preliminary hearing on April 20, 2017.

Dated: April 17, 2017  */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RYAN TALKINGTON

## **O R D E R**

IT IS SO ORDERED.

Dated: **April 17, 2017**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE