**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA                 )
                                         )
                     v.                  )     Docket No:  0972 1:17CR00099-001
                                         )
Ryan Talkington                          )
                                         )

On July 2, 2018, the above-named was sentenced to Probation for a period of  five years. Supervision commenced on July 2, 2018.

The probationer has complied with the rules and regulations of Probation and is no longer in need of supervision.  It is accordingly recommended that the probationer be discharged from supervision.  The United States Attorney's Office does not oppose.

**Respectfully submitted,**                     **Reviewed by,**

_____           _____
**Miriam E. Olea**                              **Ronnie Preap**
**United States Probation Officer**             **Supervising United States Probation Officer**

**Dated:**   January 20, 2023
             Sacramento, California

1

**Re:     Ryan Talkington**
**Docket Number:   0972 1:17CR00099-001**
**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

---

# ORDER OF COURT

Pursuant to the above report, it is ordered that Ryan Talkington be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   ___January 25, 2023___                                      _____
                                                                                          UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation

CC:     AUSA (NAME)—Kimberly A. Sanchez   Fresno Forfeiture Unit

          FLU Unit—United States Attorney's Office
          Fiscal Clerk—Clerk's Office
          Supervisee—Ryan Talkington

Rev. 01/2021
PROB35__REPORT AND ORDER TERMINATING SUPERVISION PRIOR TO ORIGINAL EXPIRATION DATE (EARLY)